In the Matter of the Claim of ANNA EMERICK, Respondent, against DALE'S MOTOR TRUCK SERVICE, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued March 9, 1934; decided March 23, 1934.)

*John S. Leonard* for appellants.

*John J. Bennett, Jr., Attorney-General (John R. O'Hanlon* and *Henry Epstein* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.